# IN THE SUPREME COURT OF THE STATE OF NEVADA

NORMAN HAROLD FLOWERS, III,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
RONALD J. ISRAEL, DISTRICT
JUDGE,
Respondents,
and
THE STATE OF NEVADA,
Real Party in Interest.

No. 77565

FILED

DEC 13 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This petition for a writ of mandamus challenges a district court order denying a pretrial petition for a writ of habeas corpus. Having considered the petition, we are not satisfied that this court's intervention by way of extraordinary relief is warranted. *See Kussman v. Eighth Judicial Dist. Court*, 96 Nev. 544, 545-46, 612 P.2d 679, 680 (1980) (explaining that review of a pretrial probable cause determination through an original writ petition is disfavored); *Ostman v. Eighth Judicial Dist. Court*, 107 Nev. 563, 565, 816 P.2d 458, 459-60 (1991) (entertaining a

18-908515

pretrial challenge to a probable cause determination by original writ petition where the petition presented purely legal issues). Accordingly, we ORDER the petition DENIED.[1]

_____ , J.
Pickering

_____ , J.
Gibbons

_____ , J.
Hardesty

cc:    Hon. Ronald J. Israel, District Judge
Law Office of Betsy Allen
Karen A. Connolly, Ltd.
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

---

[1]We deny the petition for a stay as moot.